■ In the Matter of GEORGE R. DELEMARRE, Petitioner, v STATE LIQUOR AUTHORITY, Respondent.—Proceeding pursuant to CPLR article 78 to review respondent's determination, dated August 28, 1975, made after a hearing, which revoked petitioner's special on-premises liquor license. Determination confirmed and petition dismissed on the merits, with costs. Respondent's determination and the penalty imposed are amply supported by the record (see *Matter of Stork Rest. v Boland,* 282 NY 256). Gulotta, P. J., Hopkins, Martuscello, Cohalan and Rabin, JJ., concur.